UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LEON VACCARELLI | Crim. No. 3:18cr092 (JBA)<br><br>May 28, 2021 |

**RULING DENYING DEFENDANT'S MOTION FOR RECONSIDERATION**

Defendant Vaccarelli seeks reconsideration of the Court's Order dated January 26, 2021 granting his Motion for release from Custody Pending Appeal and/or to Extend his Voluntary Surrender Date ([Doc. # 183]). Defendant's grounds are that "[i]t appears that the Court did not address [Defendant's] arguments and request for stay pending appeal," conceding that the motion, couched in the disjunctive, was granted. Defendant's Motion for Reconsideration is untimely, *see* D. Conn. L. R. 7(c) (requiring motions for reconsideration to be filed within seven days of the issuance of an order), and does not discuss "an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice," *Virgin Atlantic Airways, Ltd. v. Nat'l Mediation Bd.*, 956 F.2d 1245, 1255 (2d Cir. 1992). As such, Defendant's motion for reconsideration [Doc. # 200] is DENIED.

IT IS SO ORDERED.

/s/

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 28th day of May 2021.